**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KRANTHI GORLAMARI, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:22-cv-02226-MSG |
| Plaintiff, | |
| v. | |
| VERRICA PHARMACEUTICALS, INC., TED WHITE, P. TERENCE KOHLER JR. and A. BRIAN DAVIS, | |
| Defendants. | |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFF'S AMENDED COMPLAINT**

Having considered the Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Dkt. No. 33), Plaintiff's Opposition to the Motion, any reply thereto, and for other good cause shown:

IT IS HEREBY ORDERED that Defendants' Motion is DENIED. Plaintiff has sufficiently stated claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934.

IN THE ALTERNATIVE, should the Court GRANT Defendants' Motion in whole or in part, IT IS HEREBY ORDERED that Plaintiff is GRANTED leave to amend the Amended Complaint (Dkt. No. 18) within thirty (30) days of the entry of this Order.

Dated: _____, 2023        _____

HON. MITCHELL S. GOLDBERG
UNITED STATES DISTRICT JUDGE

1