IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRANTHI GORLAMARI, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>VERRICA PHARMACEUTICALS, INC., TED WHITE, P. TERENCE KOHLER JR. and A. BRIAN DAVIS,<br><br>*Defendants*. | Civil Action<br><br>No. 22-cv-2226 |

### ORDER

**AND NOW**, this 11th day of January, 2024, upon consideration of Defendants' motion to dismiss for failure to state a claim, and the response in opposition thereto, and Defendants' reply, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Defendants' motion to dismiss (ECF No. 33) is **GRANTED in part and DENIED in part** as follows:

    a. The motion is **DENIED** as to Plaintiff's claims against Verrica Pharmaceuticals, Inc. and Ted White regarding Defendants' May-June 2021 statements.

    b. The motion is **GRANTED** in all other respects, and these claims are **DISMISSED WITHOUT PREJUDICE**.

1

2

2.     Within **fourteen (14) days of the date of this Order**, Plaintiff may, if he can do so in good faith, file a second amended complaint in an attempt to cure the deficiencies outlined in the accompanying memorandum opinion.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**