**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KRANTHI GORLAMARI, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:22-cv-02226-MSG |
| Plaintiff, | |
| v. | |
| VERRICA PHARMACEUTICALS, INC., TED WHITE, P. TERENCE KOHLER JR. and A. BRIAN DAVIS, | |
| Defendants. | |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFF'S SECOND AMENDED COMPLAINT**

Having considered the Defendants' motion to dismiss (ECF 42) Plaintiff's Second Amended Complaint (ECF 40), Plaintiff's opposition to the motion, any reply thereto, and for other good cause shown:

IT IS HEREBY ORDERED that Defendants' Motion is DENIED. Plaintiff has sufficiently stated claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934.


Dated: _____, 2024        _____

The Honorable Mitchell S. Goldberg
Chief Judge of the United States District Court
for the Eastern District of Pennsylvania

1