**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KRANTHI GORLAMARI, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:22-cv-02226-MSG |
| Plaintiff, | **<u>Oral Argument Requested</u>** |
| v. | |
| VERRICA PHARMACEUTICALS, INC., TED WHITE, P. TERENCE KOHLER JR. and A. BRIAN DAVIS, | |
| Defendants. | |

**LEAD PLAINTIFF'S MOTION TO STRIKE EXTRANEOUS MATERIALS SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Lead Plaintiff Kranthi Gorlamari ("Plaintiff") respectfully moves this Court for an order striking the extraneous materials annexed to the Declaration of Zachary Sisko in support of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (ECF 42-2-42-4).

In support of his motion, Plaintiff relies on the accompanying Memorandum of Law, such other papers as may be filed in support of this motion, and upon all pleadings and prior proceedings. A proposed order is attached.

Plaintiff respectfully requests oral argument on his Motion to Strike at a date and time convenient for the Court.

Respectfully submitted,

DATED: April 8, 2024                     **GLANCY PRONGAY & MURRAY LLP**

By:    */s/ Lee Albert*
Lee Albert (PA ID# 046852)
230 Park Avenue, Suite 348
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
lalbert@glancylaw.com

Leanne H. Solish (admitted *pro hac vice*)
Chase M. Stern (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff and*
*Lead Counsel for the Class*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel for Lead Plaintiff*

1

**PROOF OF SERVICE**

I hereby certify that on April 8, 2024, I electronically filed a true and correct copy the foregoing document with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

*/s/ Lee Albert*
Lee Albert
