**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KRANTHI GORLAMARI, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>VERRICA PHARMACEUTICALS, INC., TED WHITE, P. TERENCE KOHLER JR. and A. BRIAN DAVIS,<br><br>     Defendants. | Case No. 2:22-cv-02226-MSG |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO STRIKE**
**EXTRANEOUS MATERIALS SUBMITTED**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Having considered Lead Plaintiff Kranthi Gorlamari's motion to strike the extraneous materials annexed to the Declaration of Zachary Sisko in support of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint ("Sisko Declaration," ECF 42-2) and any opposition thereto, and good cause appearing, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      Exhibits 1 and 2 annexed to the Sisko Declaration (ECF Nos. 42-3, 42-4) are hereby stricken from the record.

Dated: _____, 2024        _____
                                         The Honorable Mitchell S. Goldberg
                                         Chief Judge of the United States District Court
                                         for the Eastern District of Pennsylvania

1