## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KRANTHI GORLAMARI, Individually and on Behalf of All Others Similarly Situated,**<br><br>*Plaintiff*,<br><br>*v.*<br><br>**VERRICA PHARMACEUTICALS, INC., TED WHITE, P. TERENCE KOHLER JR. and A. BRIAN DAVIS,**<br><br>*Defendants*. | **Civil Action**<br><br>**No. 22-cv-2226** |

### ORDER

**AND NOW**, this 8th day of April, 2024, it is hereby **ORDERED** that Plaintiff's motion to strike (ECF No. 44) is **DENIED**. Plaintiff's objections to the exhibits at issue (ECF No. 44-1) will be considered as part of Plaintiff's opposition to the motion to dismiss. Defendant may respond to Plaintiff's objections in its reply in support of its motion to dismiss.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

1