IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRANTHI GORLAMARI, Individually and on Behalf of All Others Similarly Situated,<br><br>       *Plaintiff*,<br><br>       v.<br><br>VERRICA PHARMACEUTICALS, INC., TED WHITE, P. TERENCE KOHLER JR. and A. BRIAN DAVIS,<br><br>       *Defendants*. | Civil Action<br><br>No. 22-cv-2226 |

## ORDER

**AND NOW**, this 3rd day of September, 2024, upon consideration of Defendants' motion to dismiss for failure to state a claim, and the responses and replies thereto, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Defendants' motion to dismiss (ECF No. 42) is **GRANTED in part and DENIED in part** as follows:

   a. The motion is **DENIED** as to claims against Verrica Pharmaceuticals, Inc. and Ted White.

   b. The motion is **GRANTED** as to claims against Terence Kohler, and these claims are **DISMISSED WITH PREJUDICE**.

2. The Clerk of Court shall terminate Kohler as a Defendant

3. Within **fourteen (14) days of the date of this Order**, Defendants Verrica Pharmaceuticals and Ted White shall file an answer to Plaintiff's Second Amended Complaint.

1

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**