**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KRANTHI GORLAMARI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VERRICA PHARMACEUTICALS, INC., TED WHITE, and P. TERENCE KOHLER JR., <br><br> Defendants. | No. 22-cv-02226-MSG |

## JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION

Lead Plaintiff Kranthi Gorlamari ("Plaintiff") and Remaining Defendants Verrica Pharmaceuticals Inc. and Ted White (collectively, "Remaining Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, respectfully move this Court to stay all proceedings in this case—including the Initial Pretrial Conference scheduled for Wednesday, November 20, 2024—pending the Parties' mediation of the matter. As grounds for this Joint Motion, the Parties state as follows:

1.      Plaintiff filed his Second Amended Class Action Complaint ("SAC") on January 26, 2024 (ECF No. 40); Defendants Verrica Pharmaceuticals Inc., Ted White, and P. Terence Kohler Jr. (collectively, "Defendants") filed their Motion to Dismiss on March 11, 2024 (ECF No. 42); Plaintiff filed his Opposition on April 8, 2024 (ECF No. 43); Defendants filed their Reply on April 22, 2024 (ECF No. 46); and the Court granted and denied in part Defendants' Motion to Dismiss on September 3, 2024 (ECF No. 49). The Court's September 3, 2024 ruling dismissed all claims against P. Terence Kohler Jr. (ECF No. 49).

2.     On September 10, 2024, Remaining Defendants requested, and the Court granted, an extension of time to respond to the SAC (ECF Nos. 50-51).  Remaining Defendants filed their Answer to the SAC on October 3, 2024 (ECF No. 52).

3.     On October 16, 2024, the Parties held a conference pursuant to Fed. R. Civ. P. 26(f).

4.     On November 6, 2024, the Court scheduled a telephonic Initial Pretrial Conference for Wednesday, November 20, 2024 at 11:00 a.m. (ECF No. 53).  The Parties' Joint Rule 26(f) Report is currently due Friday, November 15, 2024.

5.     The Parties have agreed to explore potential resolution of this case through mediation.  The Parties have selected a private mediator and have scheduled a mediation for January 9, 2025.

6.     In light of this procedural posture, the Parties seek a stay of all proceedings pending the upcoming mediation.  A stay of all proceedings while the Parties attempt to resolve this case through mediation will promote efficiency and judicial economy, as mediation is potentially dispositive of this case, and proceeding with the case will require significant time and expense on the part of the Parties and the Court.

7.     The Parties agree that none of the Parties will be prejudiced by a stay of all proceedings pending mediation.

WHEREFORE, for the above-stated reasons, the Parties respectfully request that the Court stay all proceedings in this action pending the Parties' upcoming mediation on January 9, 2025.  On or before January 30, 2025, the Parties shall notify the Court whether their efforts to resolve the case have succeeded, failed, or are ongoing.

Dated:  November 12, 2024
By: /s/ *Lee Albert*

**GLANCY PRONGAY & MURRAY LLP**
Lee Albert (PA ID# 046852)
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
lalbert@glancylaw.com

Leanne Heine Solish
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiff Kranthi Gorlamari
and Lead Counsel for the Class*

Respectfully submitted,
By: /s/ *Aric H. Wu*

**COOLEY LLP**
Aric H. Wu
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
ahwu@cooley.com

Zachary Sisko
500 Boylston Street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400
zsisko@cooley.com

**MORGAN, LEWIS & BOCKIUS LLP**
Michael L. Kichline
1701 Market St.
Philadelphia, PA 19103
Telephone: (215) 963-5366
Facsimile: (215) 963-5001
michael.kichline@morganlewis.com

*Attorneys for Remaining Defendants Verrica
Pharmaceuticals, Inc. and Ted White*

3

## <u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED that on November 12, 2024, the foregoing Joint Motion to Stay Proceedings Pending Mediation was filed through the ECF system, and will be sent electronically to the registered participants on the Notice of Electronic filing and paper copies will be sent to any non-registered participants.

*/s/ Aric H. Wu*
Aric H. Wu