**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KRANTHI GORLAMARI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERRICA PHARMACEUTICALS, INC., TED WHITE, and P. TERENCE KOHLER JR.,<br><br>Defendants. | No. 22-cv-02226-MSG |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Motion to Stay Pending Mediation (the "Motion"), it is hereby:

ORDERED that the Motion is GRANTED. All proceedings in this case are hereby stayed. On or before January 30, 2025, the Parties shall notify the Court whether their efforts to resolve the case have succeeded, failed, or are ongoing.

IT IS FURTHER ORDERED that the Initial Pretrial Conference scheduled for Wednesday, November 20, 2024, is cancelled.

Dated: _____

_____
HON. MITCHELL S. GOLDBERG
UNITED STATES DISTRICT JUDGE