## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **KRANTHI GORLAMARI, Individually and on Behalf of All Others Similarly Situated,**<br><br>        *Plaintiff*,<br><br>        *v.*<br><br>**VERRICA PHARMACEUTICALS, INC., TED WHITE, P. TERENCE KOHLER JR. and A. BRIAN DAVIS,**<br><br>        *Defendants*. | **Civil Action**<br><br>**No. 22-cv-2226** |

### ORDER

**AND NOW**, this 18th day of November, 2024, it is hereby **ORDERED** that the Parties' Joint Request to Stay Proceedings (ECF No. 54) is **GRANTED as follows**:

1.    This matter is stayed pending the Parties' January 9, 2025 private mediation;

2.    The Rule 16 Conference currently scheduled for November 20, 2024 is hereby **CANCELLED**;

3.    The Parties **SHALL** submit a joint status report on January 16, 2025.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**