**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KRANTHI GORLAMARI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VERRICA PHARMACEUTICALS, INC., TED WHITE, P. TERENCE KOHLER JR. and A. BRIAN DAVIS, <br><br> Defendants. | Case No. 2:22-cv-02226-MSG |

**<u>NOTICE OF ERRATA</u>**

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Lead Plaintiff Kranthi Gorlamari ("Plaintiff"), by and through his undersigned counsel, hereby files this Notice of Errata to correct and update the Sworn Certification of Kranthi Gorlamari submitted with the Plaintiff's Motion for Appointment as Lead Plaintiff on August 5, 2022 (Dkt. No. 5-5). A corrected and updated Sworn Certification of Kranthi Gorlamari is attached hereto as Exhibit A.

DATED: June 11, 2025                    Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By:   */s/ Lee Albert*
Lee Albert (PA No. 46852)
230 Park Ave., Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
lalbert@glancylaw.com

                   -and-

**GLANCY PRONGAY & MURRAY LLP**
Leanne H. Solish
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
lsolish@glancylaw.com

*Lead Counsel for Plaintiff and the Proposed Class*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel for Lead Plaintiff*

1

**<u>PROOF OF SERVICE</u>**

I hereby certify that on June 11, 2025, I electronically filed a true and correct copy the foregoing document with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

*/s/ Lee Albert*
Lee Albert