# EXHIBIT A

# SWORN CERTIFICATION OF PLAINTIFF
## VERRICA PHARMACEUTICALS, INC. (VRCA) SECURITIES LITIGATION

I, Kranthi Gorlamari, certify that:

1. I have reviewed the Complaint, adopt its allegations, and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2. I did not purchase the Verrica Pharmaceuticals, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in Verrica Pharmaceuticals, Inc. securities during the period set forth in the Complaint are as follows:

   (See attached transactions)

5. I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

   *Ewing v. Veru, Inc. et al.,* No. 1:22-cv-23960-KMW (S.D. Fla.)

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

6/5/2025

_____          _____
Date                                       Kranthi Gorlamari

## Kranthi Gorlamari 's Transactions in Verrica Pharmaceuticals Inc. (VRCA)

### Account 1

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 4/20/2022 | Bought | 335.0000 | $7.6180 |

### Account 2

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 8/19/2021 | Bought | 74.0000 | $9.4700 |
| 8/19/2021 | Bought | 25.0000 | $9.5000 |
| 8/19/2021 | Bought | 24.0000 | $9.5500 |
| 8/19/2021 | Bought | 24.0000 | $9.4000 |
| 8/19/2021 | Bought | 1.0000 | $9.5500 |
| 8/19/2021 | Bought | 1.0000 | $9.4700 |
| 8/19/2021 | Bought | 1.0000 | $9.4000 |
| 8/20/2021 | Bought | 19.0000 | $9.9000 |
| 8/20/2021 | Bought | 1.0000 | $9.9000 |
| 8/24/2021 | Bought | 10.0000 | $10.6000 |
| 8/24/2021 | Bought | 9.0000 | $10.4500 |
| 8/24/2021 | Bought | 5.0000 | $10.6000 |
| 8/24/2021 | Bought | 5.0000 | $10.5600 |
| 8/24/2021 | Bought | 1.0000 | $10.4500 |
| 8/25/2021 | Bought | 25.0000 | $11.2600 |
| 8/25/2021 | Bought | 25.0000 | $11.2500 |
| 8/25/2021 | Bought | 24.0000 | $11.2600 |
| 8/25/2021 | Bought | 24.0000 | $11.2300 |
| 8/25/2021 | Bought | 23.0000 | $11.1500 |
| 8/25/2021 | Bought | 20.0000 | $10.6400 |
| 8/25/2021 | Bought | 10.0000 | $11.1900 |
| 8/25/2021 | Bought | 8.0000 | $11.2000 |
| 8/25/2021 | Bought | 4.0000 | $11.1800 |
| 8/25/2021 | Bought | 1.0000 | $11.2600 |
| 8/25/2021 | Bought | 1.0000 | $11.2300 |
| 8/25/2021 | Bought | 1.0000 | $11.2000 |
| 8/25/2021 | Bought | 1.0000 | $11.1900 |
| 8/25/2021 | Bought | 1.0000 | $11.1800 |
| 8/25/2021 | Bought | 1.0000 | $11.1500 |
| 8/25/2021 | Bought | 1.0000 | $11.1500 |
| 8/26/2021 | Bought | 150.0000 | $11.6300 |
| 8/26/2021 | Bought | 5.0000 | $11.6000 |
| 8/26/2021 | Bought | 4.0000 | $11.6300 |
| 8/26/2021 | Bought | 2.0000 | $11.6300 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 8/26/2021 | Bought | 2.0000 | $11.6300 |
| 8/26/2021 | Bought | 2.0000 | $11.6300 |
| 9/20/2021 | Sold | -535.0000 | $9.1000 |
| 1/25/2022 | Bought | 1.0000 | $7.6800 |
| 2/23/2022 | Sold | -1.0000 | $8.1800 |
| 3/30/2022 | Bought | 75.0000 | $8.2100 |
| 3/30/2022 | Bought | 13.0000 | $8.2100 |
| 3/30/2022 | Bought | 12.0000 | $8.2100 |
| 3/31/2022 | Bought | 99.0000 | $8.0200 |
| 3/31/2022 | Bought | 41.0000 | $8.0600 |
| 3/31/2022 | Bought | 39.0000 | $8.0400 |
| 3/31/2022 | Bought | 36.0000 | $8.0600 |
| 3/31/2022 | Bought | 25.0000 | $8.1400 |
| 3/31/2022 | Bought | 25.0000 | $8.0400 |
| 3/31/2022 | Bought | 25.0000 | $8.0100 |
| 3/31/2022 | Bought | 25.0000 | $8.0000 |
| 3/31/2022 | Bought | 25.0000 | $8.0000 |
| 3/31/2022 | Bought | 24.0000 | $8.0200 |
| 3/31/2022 | Bought | 19.0000 | $8.0900 |
| 3/31/2022 | Bought | 16.0000 | $7.9800 |
| 3/31/2022 | Bought | 15.0000 | $8.0500 |
| 3/31/2022 | Bought | 15.0000 | $8.0500 |
| 3/31/2022 | Bought | 15.0000 | $8.0000 |
| 3/31/2022 | Bought | 14.0000 | $8.0300 |
| 3/31/2022 | Bought | 10.0000 | $8.0400 |
| 3/31/2022 | Bought | 10.0000 | $7.9900 |
| 3/31/2022 | Bought | 9.0000 | $8.0500 |
| 3/31/2022 | Bought | 8.0000 | $8.0500 |
| 3/31/2022 | Bought | 7.0000 | $8.0500 |
| 3/31/2022 | Bought | 7.0000 | $8.0200 |
| 3/31/2022 | Bought | 4.0000 | $8.0200 |
| 3/31/2022 | Bought | 4.0000 | $7.9800 |
| 3/31/2022 | Bought | 3.0000 | $7.9800 |
| 3/31/2022 | Bought | 2.0000 | $7.9800 |
| 3/31/2022 | Bought | 1.0000 | $8.0900 |
| 3/31/2022 | Bought | 1.0000 | $8.0500 |
| 3/31/2022 | Bought | 1.0000 | $8.0200 |
| 4/1/2022 | Bought | 25.0000 | $8.3800 |
| 4/4/2022 | Bought | 208.0000 | $8.5800 |
| 4/4/2022 | Bought | 100.0000 | $8.5600 |
| 4/4/2022 | Bought | 25.0000 | $8.5600 |
| 4/4/2022 | Bought | 25.0000 | $8.5600 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 4/5/2022 | Bought | 100.0000 | $8.7700 |
| 4/5/2022 | Bought | 100.0000 | $8.7700 |
| 4/5/2022 | Bought | 100.0000 | $8.7600 |
| 4/5/2022 | Bought | 98.0000 | $8.7500 |
| 4/5/2022 | Bought | 82.0000 | $8.7600 |
| 4/5/2022 | Bought | 78.0000 | $8.7600 |
| 4/5/2022 | Bought | 50.0000 | $8.8700 |
| 4/5/2022 | Bought | 35.0000 | $8.7700 |
| 4/5/2022 | Bought | 34.0000 | $8.7700 |
| 4/5/2022 | Bought | 31.0000 | $8.7700 |
| 4/5/2022 | Bought | 22.0000 | $8.9500 |
| 4/5/2022 | Bought | 22.0000 | $8.7600 |
| 4/5/2022 | Bought | 20.0000 | $8.9300 |
| 4/5/2022 | Bought | 18.0000 | $8.7600 |
| 4/6/2022 | Bought | 48.0000 | $8.7100 |
| 4/6/2022 | Bought | 28.0000 | $8.7000 |
| 4/6/2022 | Bought | 20.0000 | $8.7000 |
| 4/6/2022 | Bought | 4.0000 | $8.7000 |
| 4/6/2022 | Bought | 2.0000 | $8.8900 |
| 4/7/2022 | Bought | 40.0000 | $8.8600 |
| 4/7/2022 | Bought | 27.0000 | $8.7800 |
| 4/7/2022 | Bought | 25.0000 | $8.8000 |
| 4/7/2022 | Bought | 25.0000 | $8.8000 |
| 4/7/2022 | Bought | 15.0000 | $8.8000 |
| 4/7/2022 | Bought | 10.0000 | $8.8800 |
| 4/7/2022 | Bought | 10.0000 | $8.7200 |
| 4/7/2022 | Bought | 10.0000 | $8.7200 |
| 4/7/2022 | Bought | 9.0000 | $8.7800 |
| 4/7/2022 | Bought | 7.0000 | $8.8000 |
| 4/7/2022 | Bought | 4.0000 | $8.7800 |
| 4/7/2022 | Bought | 1.0000 | $8.8500 |
| 4/8/2022 | Bought | 25.0000 | $8.7800 |
| 4/8/2022 | Bought | 17.0000 | $8.6500 |
| 4/11/2022 | Bought | 300.0000 | $8.1700 |
| 4/11/2022 | Bought | 49.0000 | $8.1700 |
| 4/11/2022 | Bought | 1.0000 | $8.5500 |
| 4/11/2022 | Sold | -1.0000 | $8.5300 |
| 4/11/2022 | Sold | -1.0000 | $8.5300 |
| 4/11/2022 | Sold | -10.0000 | $8.5300 |
| 4/11/2022 | Sold | -18.0000 | $8.5300 |
| 4/11/2022 | Sold | -78.0000 | $8.5300 |
| 4/11/2022 | Sold | -100.0000 | $8.5400 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 4/11/2022 | Sold | -100.0000 | $8.5400 |
| 4/11/2022 | Sold | -100.0000 | $8.5300 |
| 4/11/2022 | Sold | -100.0000 | $8.5300 |
| 4/11/2022 | Sold | -100.0000 | $8.5300 |
| 4/11/2022 | Sold | -100.0000 | $8.5300 |
| 4/11/2022 | Sold | -146.0000 | $8.5300 |
| 4/11/2022 | Sold | -1,271.0000 | $8.5100 |
| 4/12/2022 | Bought | 50.0000 | $8.0700 |
| 4/12/2022 | Bought | 48.0000 | $8.0600 |
| 4/12/2022 | Bought | 31.0000 | $8.0600 |
| 4/12/2022 | Bought | 30.0000 | $8.0600 |
| 4/12/2022 | Bought | 13.0000 | $8.0600 |
| 4/12/2022 | Bought | 13.0000 | $7.9500 |
| 4/12/2022 | Bought | 1.0000 | $8.0400 |
| 4/12/2022 | Bought | 1.0000 | $8.0400 |
| 4/13/2022 | Bought | 100.0000 | $7.7600 |
| 4/13/2022 | Bought | 50.0000 | $7.7600 |
| 4/13/2022 | Bought | 50.0000 | $7.7400 |
| 4/13/2022 | Bought | 50.0000 | $7.7100 |
| 4/13/2022 | Bought | 50.0000 | $7.6900 |
| 4/13/2022 | Bought | 35.0000 | $7.8200 |
| 4/13/2022 | Bought | 25.0000 | $7.7200 |
| 4/13/2022 | Bought | 25.0000 | $7.7000 |
| 4/13/2022 | Bought | 25.0000 | $7.7000 |
| 4/13/2022 | Bought | 15.0000 | $7.8200 |
| 4/13/2022 | Bought | 13.0000 | $7.8200 |
| 4/13/2022 | Bought | 13.0000 | $7.6800 |
| 4/13/2022 | Bought | 6.0000 | $7.6800 |
| 4/13/2022 | Bought | 6.0000 | $7.6800 |
| 4/14/2022 | Bought | 50.0000 | $7.4600 |
| 4/14/2022 | Bought | 25.0000 | $7.5500 |
| 4/14/2022 | Bought | 20.0000 | $7.5500 |
| 4/14/2022 | Bought | 20.0000 | $7.4500 |
| 4/14/2022 | Bought | 20.0000 | $7.4100 |
| 4/14/2022 | Bought | 19.0000 | $7.5700 |
| 4/14/2022 | Bought | 19.0000 | $7.5700 |
| 4/14/2022 | Bought | 18.0000 | $7.4600 |
| 4/14/2022 | Bought | 10.0000 | $7.7300 |
| 4/14/2022 | Bought | 10.0000 | $7.4100 |
| 4/14/2022 | Bought | 7.0000 | $7.4300 |
| 4/14/2022 | Bought | 4.0000 | $7.4100 |
| 4/14/2022 | Bought | 3.0000 | $7.4600 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 4/14/2022 | Bought | 3.0000 | $7.4400 |
| 4/14/2022 | Bought | 3.0000 | $7.4400 |
| 4/14/2022 | Bought | 2.0000 | $7.4600 |
| 4/14/2022 | Bought | 2.0000 | $7.4400 |
| 4/14/2022 | Bought | 2.0000 | $7.4100 |
| 4/14/2022 | Bought | 1.0000 | $7.5700 |
| 4/14/2022 | Bought | 1.0000 | $7.5700 |
| 4/14/2022 | Bought | 1.0000 | $7.4600 |
| 4/14/2022 | Bought | 1.0000 | $7.4600 |
| 4/14/2022 | Bought | 1.0000 | $7.4400 |
| 4/14/2022 | Bought | 1.0000 | $7.4400 |
| 4/14/2022 | Bought | 1.0000 | $7.4100 |
| 4/14/2022 | Bought | 1.0000 | $7.4100 |
| 4/14/2022 | Bought | 1.0000 | $7.4100 |
| 4/14/2022 | Bought | 1.0000 | $7.4100 |
| 4/19/2022 | Bought | 281.0000 | $7.7100 |
| 4/19/2022 | Bought | 100.0000 | $7.7600 |
| 4/19/2022 | Bought | 100.0000 | $7.7100 |
| 4/19/2022 | Bought | 100.0000 | $7.6900 |
| 4/19/2022 | Bought | 100.0000 | $7.6800 |
| 4/19/2022 | Bought | 100.0000 | $7.6500 |
| 4/19/2022 | Bought | 100.0000 | $7.5600 |
| 4/19/2022 | Bought | 100.0000 | $7.5600 |
| 4/19/2022 | Bought | 97.0000 | $7.5600 |
| 4/19/2022 | Bought | 84.0000 | $7.5600 |
| 4/19/2022 | Bought | 72.0000 | $7.5600 |
| 4/19/2022 | Bought | 50.0000 | $7.6300 |
| 4/19/2022 | Bought | 46.0000 | $7.6700 |
| 4/19/2022 | Bought | 46.0000 | $7.6000 |
| 4/19/2022 | Bought | 46.0000 | $7.5600 |
| 4/19/2022 | Bought | 26.0000 | $7.5600 |
| 4/19/2022 | Bought | 25.0000 | $7.6500 |
| 4/19/2022 | Bought | 19.0000 | $7.7100 |
| 4/19/2022 | Bought | 14.0000 | $7.6200 |
| 4/19/2022 | Bought | 14.0000 | $7.6000 |
| 4/19/2022 | Bought | 11.0000 | $7.5600 |
| 4/19/2022 | Bought | 10.0000 | $7.6000 |
| 4/19/2022 | Bought | 10.0000 | $7.5600 |
| 4/19/2022 | Bought | 8.0000 | $7.6200 |
| 4/19/2022 | Bought | 8.0000 | $7.6000 |
| 4/19/2022 | Bought | 8.0000 | $7.6000 |
| 4/19/2022 | Bought | 8.0000 | $7.6000 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 4/19/2022 | Bought | 8.0000 | $7.5600 |
| 4/19/2022 | Bought | 8.0000 | $7.5600 |
| 4/19/2022 | Bought | 7.0000 | $7.6700 |
| 4/19/2022 | Bought | 7.0000 | $7.5600 |
| 4/19/2022 | Bought | 6.0000 | $7.6000 |
| 4/19/2022 | Bought | 6.0000 | $7.5600 |
| 4/19/2022 | Bought | 5.0000 | $7.5600 |
| 4/19/2022 | Bought | 5.0000 | $7.5600 |
| 4/19/2022 | Bought | 4.0000 | $7.5600 |
| 4/19/2022 | Bought | 4.0000 | $7.5600 |
| 4/19/2022 | Bought | 3.0000 | $7.6200 |
| 4/19/2022 | Bought | 3.0000 | $7.5600 |
| 4/19/2022 | Bought | 3.0000 | $7.5600 |
| 4/19/2022 | Bought | 1.0000 | $7.5600 |
| 5/4/2022 | Bought | 209.0000 | $6.2600 |
| 5/4/2022 | Bought | 200.0000 | $6.3000 |
| 5/4/2022 | Bought | 145.0000 | $6.3200 |
| 5/4/2022 | Bought | 100.0000 | $6.3500 |
| 5/4/2022 | Bought | 100.0000 | $6.3200 |
| 5/4/2022 | Bought | 100.0000 | $6.3200 |
| 5/4/2022 | Bought | 100.0000 | $6.3200 |
| 5/4/2022 | Bought | 100.0000 | $6.3200 |
| 5/4/2022 | Bought | 20.0000 | $6.2600 |
| 5/4/2022 | Bought | 17.0000 | $6.3200 |
| 5/4/2022 | Bought | 15.0000 | $6.3200 |
| 5/4/2022 | Bought | 12.0000 | $6.3200 |
| 5/4/2022 | Bought | 9.0000 | $6.3200 |
| 5/4/2022 | Bought | 2.0000 | $6.3200 |
| 5/17/2022 | Bought | 25.0000 | $6.3000 |
| 5/18/2022 | Bought | 100.0000 | $6.1700 |
| 5/18/2022 | Bought | 40.0000 | $6.1400 |

### Account 3

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/30/2022 | Bought | 120.0000 | $8.2100 |
| 3/31/2022 | Bought | 100.0000 | $8.0700 |
| 3/31/2022 | Bought | 100.0000 | $8.0300 |
| 3/31/2022 | Bought | 56.0000 | $8.0000 |
| 3/31/2022 | Bought | 50.0000 | $8.0600 |
| 3/31/2022 | Bought | 30.0000 | $8.0600 |
| 3/31/2022 | Bought | 25.0000 | $8.0500 |
| 3/31/2022 | Bought | 25.0000 | $8.0400 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/31/2022 | Bought | 25.0000 | $8.0300 |
| 3/31/2022 | Bought | 25.0000 | $7.9700 |
| 4/21/2022 | Bought | 449.0000 | $7.5900 |
| 4/21/2022 | Bought | 200.0000 | $7.5800 |
| 4/21/2022 | Bought | 50.0000 | $7.6200 |
| 4/21/2022 | Bought | 15.0000 | $7.5900 |
| 4/21/2022 | Bought | 1.0000 | $7.5800 |

### Account 4

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 5/25/2021 | Bought | 30.0000 | $11.2188 |
| 5/25/2021 | Bought | 1.0190 | $11.2168 |
| 5/26/2021 | Bought | 14.0000 | $10.8865 |
| 5/26/2021 | Bought | 5.0000 | $11.0274 |
| 5/28/2021 | Bought | 25.0000 | $11.1800 |
| 6/1/2021 | Bought | 25.0000 | $10.3150 |
| 6/4/2021 | Bought | 5.0000 | $9.9449 |
| 6/4/2021 | Bought | 5.0000 | $9.6500 |
| 6/14/2021 | Bought | 0.9880 | $11.0750 |
| 6/15/2021 | Bought | 2.0000 | $12.2750 |
| 6/30/2021 | Bought | 2.0000 | $11.5617 |
| 7/2/2021 | Bought | 5.0000 | $11.9500 |
| 7/2/2021 | Bought | 5.0000 | $11.9350 |
| 7/6/2021 | Bought | 10.0000 | $10.7750 |
| 7/6/2021 | Bought | 5.0000 | $10.7056 |
| 7/7/2021 | Bought | 10.0000 | $10.3787 |
| 7/8/2021 | Bought | 10.0000 | $10.7466 |
| 7/12/2021 | Bought | 2.0000 | $10.8650 |
| 7/13/2021 | Bought | 3.0000 | $10.9242 |
| 7/15/2021 | Bought | 3.0000 | $10.3800 |
| 7/16/2021 | Bought | 2.0000 | $10.3110 |
| 7/21/2021 | Bought | 5.0000 | $11.6774 |
| 7/22/2021 | Bought | 3.0000 | $11.0600 |
| 7/22/2021 | Bought | 2.0000 | $11.0494 |
| 7/23/2021 | Bought | 2.0000 | $10.4200 |
| 7/26/2021 | Bought | 5.0000 | $10.7774 |
| 7/26/2021 | Bought | 3.0000 | $10.7000 |
| 7/27/2021 | Bought | 10.0000 | $10.7500 |
| 7/27/2021 | Bought | 5.0000 | $10.4508 |
| 7/29/2021 | Bought | 5.0000 | $11.3715 |
| 7/30/2021 | Bought | 5.0000 | $11.0119 |
| 8/2/2021 | Bought | 30.0000 | $11.0000 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 8/2/2021 | Bought | 5.0000 | $10.9776 |
| 8/12/2021 | Bought | 10.0000 | $10.6500 |
| 8/12/2021 | Bought | 10.0000 | $10.3521 |
| 8/17/2021 | Bought | 5.0000 | $10.0000 |
| 8/18/2021 | Bought | 5.0000 | $10.0400 |
| 8/19/2021 | Bought | 20.0000 | $9.3900 |
| 8/24/2021 | Bought | 25.0000 | $10.5600 |
| 8/25/2021 | Bought | 50.0000 | $11.3200 |
| 8/25/2021 | Bought | 25.0000 | $11.2100 |
| 8/25/2021 | Bought | 25.0000 | $11.1400 |
| 8/25/2021 | Bought | 15.0000 | $11.5000 |
| 8/26/2021 | Bought | 25.0000 | $11.1150 |
| 8/26/2021 | Bought | 19.0000 | $11.1000 |
| 8/26/2021 | Bought | 10.0000 | $11.6300 |
| 8/26/2021 | Bought | 5.0000 | $11.5000 |
| 8/26/2021 | Bought | 1.0000 | $11.0900 |
| 8/27/2021 | Bought | 25.0000 | $11.1000 |
| 9/1/2021 | Bought | 10.0000 | $11.0300 |
| 9/1/2021 | Bought | 10.0000 | $10.9300 |
| 9/1/2021 | Bought | 5.0000 | $10.9300 |
| 9/21/2021 | Sold | -0.0070 | $9.7900 |
| 9/21/2021 | Sold | -50.0000 | $9.7915 |
| 9/21/2021 | Sold | -500.0000 | $9.7000 |
| 1/25/2022 | Bought | 10.0000 | $7.6800 |
| 2/25/2022 | Sold | -10.0000 | $8.0125 |
| 3/23/2022 | Bought | 10.0000 | $8.3800 |
| 3/23/2022 | Bought | 10.0000 | $8.2600 |
| 3/23/2022 | Bought | 5.0000 | $8.3500 |
| 3/24/2022 | Bought | 100.0000 | $8.3000 |
| 3/24/2022 | Bought | 100.0000 | $8.2200 |
| 3/24/2022 | Bought | 100.0000 | $8.1700 |
| 3/24/2022 | Bought | 99.0000 | $8.2200 |
| 3/24/2022 | Bought | 75.0000 | $8.1700 |
| 3/24/2022 | Bought | 25.0000 | $8.1700 |
| 3/24/2022 | Bought | 25.0000 | $8.1000 |
| 3/24/2022 | Bought | 20.0000 | $8.1300 |
| 3/24/2022 | Bought | 20.0000 | $8.1300 |
| 3/24/2022 | Bought | 10.0000 | $8.3300 |
| 3/24/2022 | Bought | 1.0000 | $8.2100 |
| 3/25/2022 | Bought | 25.0000 | $8.2600 |
| 3/25/2022 | Bought | 25.0000 | $8.2200 |
| 3/28/2022 | Bought | 50.0000 | $8.1600 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/28/2022 | Bought | 40.0000 | $8.1700 |
| 3/28/2022 | Bought | 25.0000 | $8.1700 |
| 3/28/2022 | Bought | 20.0000 | $8.2400 |
| 3/28/2022 | Bought | 15.0000 | $8.1700 |
| 3/30/2022 | Bought | 100.0000 | $8.2200 |
| 3/30/2022 | Bought | 75.0000 | $8.2062 |
| 3/30/2022 | Bought | 25.0000 | $8.2100 |
| 3/31/2022 | Bought | 50.0000 | $8.0400 |
| 3/31/2022 | Bought | 50.0000 | $8.0100 |
| 3/31/2022 | Bought | 50.0000 | $8.0000 |
| 3/31/2022 | Bought | 50.0000 | $7.9700 |
| 3/31/2022 | Bought | 41.0000 | $8.0800 |
| 3/31/2022 | Bought | 25.0000 | $8.1400 |
| 3/31/2022 | Bought | 25.0000 | $8.0300 |
| 3/31/2022 | Bought | 25.0000 | $8.0300 |
| 3/31/2022 | Bought | 25.0000 | $8.0100 |
| 3/31/2022 | Bought | 25.0000 | $7.9800 |
| 3/31/2022 | Bought | 25.0000 | $7.9600 |
| 3/31/2022 | Bought | 9.0000 | $8.0300 |
| 4/5/2022 | Bought | 202.0000 | $8.9100 |
| 4/5/2022 | Bought | 118.0000 | $8.9200 |
| 4/5/2022 | Bought | 105.0000 | $8.8950 |
| 4/5/2022 | Bought | 100.0000 | $8.9400 |
| 4/5/2022 | Bought | 100.0000 | $8.7600 |
| 4/5/2022 | Bought | 100.0000 | $8.7600 |
| 4/5/2022 | Bought | 61.0000 | $8.9300 |
| 4/5/2022 | Bought | 14.0000 | $8.9000 |
| 4/6/2022 | Bought | 25.0000 | $8.7100 |
| 4/7/2022 | Bought | 40.0000 | $8.8100 |
| 4/7/2022 | Bought | 25.0000 | $8.8000 |
| 4/7/2022 | Bought | 10.0000 | $8.8800 |
| 4/8/2022 | Bought | 150.0000 | $8.8000 |
| 4/8/2022 | Bought | 50.0000 | $8.7800 |
| 4/8/2022 | Bought | 50.0000 | $8.5600 |
| 4/11/2022 | Bought | 500.0000 | $8.3100 |
| 4/11/2022 | Bought | 500.0000 | $8.3000 |
| 4/11/2022 | Bought | 421.0000 | $8.2800 |
| 4/11/2022 | Bought | 200.0000 | $8.2500 |
| 4/11/2022 | Bought | 200.0000 | $8.2400 |
| 4/11/2022 | Bought | 100.0000 | $8.2400 |
| 4/11/2022 | Bought | 100.0000 | $8.2250 |
| 4/11/2022 | Bought | 100.0000 | $8.2000 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 4/11/2022 | Bought | 100.0000 | $8.1650 |
| 4/11/2022 | Bought | 79.0000 | $8.2800 |
| 4/11/2022 | Bought | 77.0000 | $8.1900 |
| 4/11/2022 | Bought | 59.0000 | $8.1800 |
| 4/11/2022 | Bought | 50.0000 | $8.1400 |
| 4/11/2022 | Bought | 41.0000 | $8.1700 |
| 4/11/2022 | Bought | 23.0000 | $8.1900 |
| 4/11/2022 | Sold | -2,550.0000 | $8.5100 |
| 4/12/2022 | Bought | 100.0000 | $7.9500 |
| 4/12/2022 | Bought | 50.0000 | $8.0700 |
| 4/12/2022 | Bought | 50.0000 | $8.0300 |
| 4/12/2022 | Bought | 50.0000 | $8.0000 |
| 4/12/2022 | Bought | 50.0000 | $7.9600 |
| 4/12/2022 | Bought | 50.0000 | $7.9500 |
| 4/12/2022 | Bought | 50.0000 | $7.9500 |
| 4/12/2022 | Bought | 50.0000 | $7.8400 |
| 4/12/2022 | Bought | 50.0000 | $7.8400 |
| 4/12/2022 | Bought | 25.0000 | $7.9301 |
| 4/12/2022 | Bought | 25.0000 | $7.9000 |
| 4/12/2022 | Bought | 25.0000 | $7.8700 |
| 4/12/2022 | Bought | 25.0000 | $7.8000 |
| 4/12/2022 | Bought | 25.0000 | $7.7500 |
| 4/12/2022 | Bought | 25.0000 | $7.7331 |
| 4/13/2022 | Bought | 400.0000 | $7.7000 |
| 4/13/2022 | Bought | 250.0000 | $7.7600 |
| 4/13/2022 | Bought | 250.0000 | $7.7400 |
| 4/13/2022 | Bought | 100.0000 | $7.7900 |
| 4/13/2022 | Bought | 100.0000 | $7.7500 |
| 4/13/2022 | Bought | 100.0000 | $7.7400 |
| 4/13/2022 | Bought | 100.0000 | $7.7400 |
| 4/13/2022 | Bought | 98.0000 | $7.7400 |
| 4/13/2022 | Bought | 50.0000 | $7.7118 |
| 4/13/2022 | Bought | 25.0000 | $7.6991 |
| 4/13/2022 | Bought | 25.0000 | $7.6800 |
| 4/13/2022 | Bought | 2.0000 | $7.7250 |
| 4/14/2022 | Bought | 850.0000 | $7.4188 |
| 4/14/2022 | Bought | 125.0000 | $7.4500 |
| 4/14/2022 | Bought | 100.0000 | $7.4250 |
| 4/14/2022 | Bought | 50.0000 | $7.5700 |
| 4/14/2022 | Bought | 50.0000 | $7.5600 |
| 4/14/2022 | Bought | 50.0000 | $7.4200 |
| 4/14/2022 | Bought | 25.0000 | $7.5700 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 4/14/2022 | Bought | 25.0000 | $7.5700 |
| 4/14/2022 | Bought | 25.0000 | $7.5600 |
| 4/18/2022 | Bought | 50.0000 | $7.7000 |
| 4/18/2022 | Bought | 50.0000 | $7.6700 |
| 4/18/2022 | Bought | 50.0000 | $7.6635 |
| 4/19/2022 | Bought | 24.0000 | $7.6600 |
| 4/19/2022 | Bought | 1.0000 | $7.6400 |
| 4/20/2022 | Bought | 200.0000 | $7.6200 |
| 4/20/2022 | Bought | 125.0000 | $7.6400 |
| 4/21/2022 | Bought | 1,000.0000 | $7.6100 |
| 4/21/2022 | Bought | 900.0000 | $7.5900 |
| 4/21/2022 | Bought | 648.0000 | $7.5797 |
| 4/21/2022 | Bought | 500.0000 | $7.5900 |
| 4/21/2022 | Bought | 500.0000 | $7.4500 |
| 4/21/2022 | Bought | 200.0000 | $7.4306 |
| 4/21/2022 | Bought | 183.0000 | $7.5600 |
| 4/21/2022 | Bought | 166.0000 | $7.5700 |
| 4/21/2022 | Bought | 100.0000 | $7.5800 |
| 4/21/2022 | Bought | 99.0000 | $7.4300 |
| 4/21/2022 | Bought | 3.0000 | $7.5500 |
| 4/21/2022 | Bought | 1.0000 | $7.4300 |
| 5/23/2022 | Sold | -50.0000 | $6.3000 |

## Account 5

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 8/12/2021 | Bought | 25.0000 | $10.7275 |
| 8/13/2021 | Bought | 10.0000 | $10.7000 |
| 8/16/2021 | Bought | 15.0000 | $10.6500 |
| 8/17/2021 | Bought | 10.0000 | $10.0055 |
| 8/17/2021 | Bought | 10.0000 | $10.0800 |
| 8/19/2021 | Bought | 5.0000 | $9.5000 |
| 8/19/2021 | Bought | 5.0000 | $9.5500 |
| 8/19/2021 | Bought | 25.0000 | $9.6000 |
| 8/19/2021 | Bought | 20.0000 | $9.4700 |
| 8/19/2021 | Bought | 30.0000 | $9.4500 |
| 8/20/2021 | Bought | 20.0000 | $9.9100 |
| 8/24/2021 | Bought | 25.0000 | $10.0100 |
| 8/25/2021 | Bought | 25.0000 | $11.2000 |
| 8/25/2021 | Bought | 25.0000 | $11.2500 |
| 8/25/2021 | Bought | 25.0000 | $11.1500 |
| 8/25/2021 | Bought | 50.0000 | $10.6500 |
| 8/26/2021 | Bought | 25.0000 | $11.3000 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 8/26/2021 | Bought | 5.0000 | $11.3000 |
| 8/26/2021 | Bought | 24.0000 | $11.5000 |
| 8/26/2021 | Bought | 1.0000 | $11.3700 |
| 8/31/2021 | Bought | 28.0000 | $11.1200 |
| 8/31/2021 | Bought | 20.0000 | $11.2600 |
| 9/1/2021 | Bought | 27.0000 | $10.9000 |
| 9/8/2021 | Bought | 35.0000 | $12.7000 |
| 9/8/2021 | Bought | 30.0000 | $12.7500 |
| 9/8/2021 | Bought | 15.0000 | $12.7500 |
| 9/20/2021 | Sold | -535.0000 | $9.2400 |
| 5/4/2022 | Bought | 1,158.0000 | $6.3000 |
| 5/16/2022 | Bought | 70.0000 | $6.0500 |
| 5/16/2022 | Bought | 300.0000 | $6.0550 |
| 5/16/2022 | Bought | 100.0000 | $6.0550 |

## Account 6

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 9/7/2021 | Bought | 150.0000 | $13.4000 |
| 9/7/2021 | Bought | 80.0000 | $13.3000 |
| 9/7/2021 | Bought | 50.0000 | $13.5000 |
| 9/7/2021 | Bought | 50.0000 | $13.2100 |
| 9/7/2021 | Bought | 50.0000 | $13.1000 |
| 9/7/2021 | Bought | 7.0000 | $13.1000 |
| 9/7/2021 | Bought | 3.0000 | $13.5000 |
| 9/27/2021 | Sold | -390.0000 | $12.7300 |
| 3/31/2022 | Bought | 50.0000 | $8.0900 |
| 3/31/2022 | Bought | 50.0000 | $8.0600 |
| 3/31/2022 | Bought | 50.0000 | $8.0500 |
| 3/31/2022 | Bought | 50.0000 | $8.0300 |
| 3/31/2022 | Bought | 50.0000 | $8.0100 |
| 3/31/2022 | Bought | 50.0000 | $8.0100 |
| 3/31/2022 | Bought | 50.0000 | $8.0100 |
| 3/31/2022 | Bought | 25.0000 | $8.0400 |
| 3/31/2022 | Bought | 25.0000 | $8.0300 |
| 3/31/2022 | Bought | 25.0000 | $8.0000 |
| 3/31/2022 | Bought | 24.0000 | $8.0500 |
| 3/31/2022 | Bought | 1.0000 | $8.0300 |
| 4/5/2022 | Bought | 200.0000 | $8.7600 |
| 4/5/2022 | Bought | 95.0000 | $8.7700 |
| 4/5/2022 | Bought | 50.0000 | $8.9300 |
| 4/5/2022 | Bought | 5.0000 | $8.7600 |
| 4/6/2022 | Bought | 25.0000 | $8.7100 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 4/6/2022 | Bought | 25.0000 | $8.7100 |
| 4/7/2022 | Bought | 50.0000 | $8.8500 |
| 4/7/2022 | Bought | 50.0000 | $8.8000 |
| 4/7/2022 | Bought | 50.0000 | $8.8000 |
| 4/7/2022 | Bought | 30.0000 | $8.8000 |
| 4/7/2022 | Bought | 20.0000 | $8.8800 |
| 4/8/2022 | Bought | 50.0000 | $8.8000 |
| 4/8/2022 | Bought | 25.0000 | $8.7850 |
| 4/8/2022 | Bought | 25.0000 | $8.7800 |
| 4/8/2022 | Bought | 25.0000 | $8.6000 |
| 4/8/2022 | Bought | 12.0000 | $8.8300 |
| 4/8/2022 | Bought | 10.0000 | $8.7100 |
| 4/8/2022 | Bought | 3.0000 | $8.7100 |
| 4/11/2022 | Bought | 500.0000 | $8.3500 |
| 4/11/2022 | Bought | 300.0000 | $8.3357 |
| 4/11/2022 | Bought | 100.0000 | $8.3380 |
| 4/11/2022 | Bought | 100.0000 | $8.3000 |
| 4/11/2022 | Bought | 100.0000 | $8.2700 |
| 4/11/2022 | Bought | 100.0000 | $8.2700 |
| 4/11/2022 | Bought | 100.0000 | $8.2700 |
| 4/11/2022 | Bought | 100.0000 | $8.2500 |
| 4/11/2022 | Bought | 100.0000 | $8.2400 |
| 4/11/2022 | Bought | 100.0000 | $8.2000 |
| 4/11/2022 | Bought | 100.0000 | $8.1900 |
| 4/11/2022 | Bought | 100.0000 | $8.1600 |
| 4/11/2022 | Bought | 50.0000 | $8.1350 |
| 4/11/2022 | Sold | -1,200.0000 | $8.5022 |
| 4/12/2022 | Bought | 100.0000 | $7.9500 |
| 4/12/2022 | Bought | 50.0000 | $7.8100 |
| 4/12/2022 | Bought | 25.0000 | $8.0300 |
| 4/12/2022 | Bought | 25.0000 | $7.9500 |
| 4/12/2022 | Bought | 25.0000 | $7.9500 |
| 4/12/2022 | Bought | 25.0000 | $7.8700 |
| 4/12/2022 | Bought | 25.0000 | $7.8300 |
| 4/12/2022 | Bought | 25.0000 | $7.8000 |
| 4/12/2022 | Bought | 25.0000 | $7.7500 |
| 4/12/2022 | Bought | 25.0000 | $7.7369 |
| 4/13/2022 | Bought | 100.0000 | $7.7427 |
| 4/13/2022 | Bought | 100.0000 | $7.7400 |
| 4/13/2022 | Bought | 75.0000 | $7.6800 |
| 4/13/2022 | Bought | 50.0000 | $7.7400 |
| 4/13/2022 | Bought | 50.0000 | $7.7400 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 4/13/2022 | Bought | 50.0000 | $7.7118 |
| 4/13/2022 | Bought | 50.0000 | $7.7000 |
| 4/13/2022 | Bought | 50.0000 | $7.7000 |
| 4/13/2022 | Bought | 25.0000 | $7.7000 |
| 4/13/2022 | Bought | 25.0000 | $7.6991 |
| 4/13/2022 | Bought | 25.0000 | $7.6800 |
| 4/14/2022 | Bought | 55.0000 | $7.4500 |
| 4/14/2022 | Bought | 50.0000 | $7.4200 |
| 4/14/2022 | Bought | 35.0000 | $7.5700 |
| 4/14/2022 | Bought | 25.0000 | $7.6450 |
| 4/14/2022 | Bought | 25.0000 | $7.5484 |
| 4/14/2022 | Bought | 25.0000 | $7.4450 |
| 4/14/2022 | Bought | 25.0000 | $7.4100 |
| 4/14/2022 | Bought | 25.0000 | $7.4088 |
| 4/14/2022 | Bought | 24.0000 | $7.4300 |
| 4/14/2022 | Bought | 20.0000 | $7.5700 |
| 4/14/2022 | Bought | 20.0000 | $7.5619 |
| 4/14/2022 | Bought | 15.0000 | $7.4500 |
| 4/14/2022 | Bought | 5.0000 | $7.4000 |
| 4/14/2022 | Bought | 1.0000 | $7.4250 |
| 4/18/2022 | Bought | 50.0000 | $7.6700 |
| 4/18/2022 | Bought | 50.0000 | $7.6583 |
| 4/18/2022 | Bought | 50.0000 | $7.6500 |
| 4/18/2022 | Bought | 25.0000 | $7.8400 |
| 4/18/2022 | Bought | 25.0000 | $7.7000 |
| 4/18/2022 | Bought | 24.0000 | $7.8700 |
| 4/18/2022 | Bought | 1.0000 | $7.8300 |
| 4/19/2022 | Bought | 500.0000 | $7.6200 |
| 4/19/2022 | Bought | 200.0000 | $7.5600 |
| 4/19/2022 | Bought | 100.0000 | $7.6900 |
| 4/19/2022 | Bought | 100.0000 | $7.6700 |
| 4/19/2022 | Bought | 100.0000 | $7.6600 |
| 4/19/2022 | Bought | 100.0000 | $7.6100 |
| 4/19/2022 | Bought | 25.0000 | $7.6700 |