**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

KRANTHI GORLAMARI, individually and
on behalf of all other similarly situated,

Plaintiff,

v.

VERRICA PHARMACEUTICALS, INC.,
and TED WHITE,

Defendants.

Civil Action No. 2:22-cv-02226-MSG

**DECLARATION OF ZACHARY SISKO**

I, Zachary Sisko, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an attorney at the law firm of Cooley LLP, counsel for the remaining defendants, Verrica Pharmaceuticals, Inc. and Ted White, in the above-captioned action.  I am admitted *pro hac vice* to practice before the Court in this matter.

2.      I respectfully submit this declaration in opposition to Plaintiff's Motion for Class Certification.

3.      **Exhibit A** annexed hereto is a true and correct copy of a Verrica Pharmaceuticals, Inc. press release, dated January 3, 2019.

4.      **Exhibit B** annexed hereto is a true and correct copy of a Verrica Pharmaceuticals, Inc. press release, dated September 16, 2019.

5.      **Exhibit C** annexed hereto is a true and correct copy of a Verrica Pharmaceuticals, Inc. press release, dated December 23, 2020.

6.      **Exhibit D** annexed hereto is a true and correct copy of a Verrica Pharmaceuticals, Inc. press release, dated September 20, 2021.

7.      **Exhibit E** annexed hereto is a true and correct copy of a Verrica Pharmaceuticals, Inc. press release, dated November 12, 2021.

8.      **Exhibit F** annexed hereto is a true and correct copy of a Verrica Pharmaceuticals, Inc. press release, dated November 29, 2021.

9.      **Exhibit G** annexed hereto is a true and correct copy of a Verrica Pharmaceuticals, Inc. press release, dated May 24, 2022.

10.     **Exhibit H** annexed hereto is a true and correct copy of a Verrica Pharmaceuticals, Inc. press release, dated January 24, 2023.

11.     **Exhibit I** annexed hereto is a true and correct copy of a Verrica Pharmaceuticals, Inc. press release, dated July 21, 2023.

12.     **Exhibit J** annexed hereto is a true and correct copy of excerpts from the deposition transcript of Kranthi Gorlamari, taken on June 27, 2025.

13.     **Exhibit K** annexed hereto is a true and correct copy of excerpts from the rough deposition transcript of Zahn Bozanic, Ph.D., taken on July 25, 2025.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 31, 2025, in Boston, Massachusetts.

/s/ *Zachary Sisko*
Zachary Sisko

2