# Exhibit J

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA


KRANTHI GORLAMARI,                )
INDIVIDUALLY AND ON BEHALF        )
OF ALL OTHERS SIMILARLY           )
SITUATED,                         )
                                  )
          PLAINTIFFS,             )
                                  )   CASE NO. 22-CV-02226-MSG
VS.                               )
                                  )
VERRICA PHARMACEUTICALS           )
INC., TED WHITE, AND P.           )
TERENCE KOHLER JR.,               )
                                  )
          DEFENDANTS.             )


****
CONFIDENTIAL
****
VIDEO DEPOSITION OF KRANTHI GORLAMARI
FRIDAY, JUNE 27, 2025


Reported By:
Allison M. Hall, RDR, CRR, CRI, CSR
JOB NO. 42386

                        June 27, 2025

                         10:05 a.m.

            Video deposition of KRANTHI

      GORLAMARI, taken online via Zoom before

      Allison Hall, a Registered Diplomate

      Reporter, Registered Merit Reporter,

      Certified Realtime Reporter, Certified

      Reporting Instructor, Certified Shorthand

      Reporter, and Notary Public.

A P P E A R A N C E S:


ON BEHALF OF PLAINTIFFS:

GLANCY PRONGAY & MURRAY LLP
     LEANNE HEINE SOLISH, ESQUIRE
     1925 Century Park East
     Suite 2100
     Los Angeles, California 90067
     Phone: 888-773-9224
     E-mail: lsolish@glancylaw.com

THE LAW OFFICES OF FRANK R. CRUZ
     FRANK R. CRUZ, ESQUIRE
     2121 Avenue of the Stars
     Suite 800
     Los Angeles, California 90067
     Phone: 310-914-5007
     E-mail: fcruz@frankcruzlaw.com



ON BEHALF OF DEFENDANTS:

COOLEY LLP
     ZACHARY SISKO, ESQUIRE
     ANGELA JACOB, ESQUIRE
     500 Boylston Street
     Boston, Massachusetts  02116
     Phone: 617-937-2300
     E-mail: zsisko@cooley.com
             ajacob@cooley.com







ALSO PRESENT:

Alexandra Hay, Technician

                                    INDEX

     WITNESS                                                PAGE

     KRANTHI GORLAMARI
          Examination by Mr. Sisko                            5


                               *****



                          E X H I B I T S

     NUMBER         DESCRIPTION                       MARKED
     Exhibit 1      Kranthi Kumar Reddy                  13
                    Gorlamari LinkedIn
                    profile
     Exhibit 2      Acer Therapeutics and                51
                    Relief Therapeutics
                    Announce Update on U.S.
                    FDA Review of New Drug
                    Application (NDA) for
                    ACER-001 dated June 21,
                    2022
     Exhibit 3      Exhibit B - Kranthi                  64
                    Gorlamari Sworn
                    Certification of
                    Plaintiff Verrica
                    Pharmaceuticals Inc.
                    Securities Litigation
     Exhibit 4      Notice of Errata                     67
     Exhibit 5      Robinhood account                    99
                    summary August 1, 2021
                    to August 31, 2021
     Exhibit 6      Fidelity Investment                 106
                    Report September 1, 2021
                    to September 30, 2021

A.    Correct.  It starts at 2022 March, yes.

Q.    And why were those additional transactions not initially disclosed in your first certification?

A.    Honestly, I don't know why.  No specific reason.  I just pulled the statements and forwarded it to my attorneys, so I don't have a genuine reason why it would not include it.  So maybe I missed it.

Q.    Okay.  And you missed 50 transactions over a approximately eight-month period?

A.    And, again, I don't recall what was the reason here, why I missed, but those are the transactions, yes.

Q.    Okay.  And, Mr. Gorlamari, this Exhibit 3 you certified as true and accurate at the time it was made, correct?

A.    Yes, I signed, yes.

Q.    Yeah.  And you can't explain to me why Exhibit 3 does not include the transactions we were just talking about?

A.    I don't know at that time why it would not include it.  Maybe they evidently

were missed, or we picked the wrong date when we were pulling the statements, but there was not a genuine reason why we missed.

Q. Okay. So let's turn back to Exhibit 4. And now I'm going to direct you to pages --

A. And which page did you say in Exhibit 4?

Q. I'm trying to find it myself, sir. One second.

Pages -- page 18 of -- 18 through 19 of Exhibit 4.

A. Yes, I'm on page 18.

Q. And we see for account 6 there are a number of transactions beginning from April 4 -- excuse me -- April 7th of 2022, and those continue through to about April 19th of 2022.

Do you see those?

A. Yes, there are a number of transactions.

Q. And, again, we're something in the 50 to 60 range of transactions, roughly?

A. Maybe. I didn't count.

Q.    Okay.  And -- strike that.

Let me ask you this:  For these additional transactions that didn't appear in your initial certification but did appear in Exhibit 4, when did you discover that those transactions were missing?

A.    I don't recall when it was exactly, but I normally pull out the statements and give it to my attorney, so I don't recall when and if all those things...

Q.    But you did certify that these -- that certification was true and accurate at the time it was made, correct?

A.    Yes, I did certify that.  Yeah, I signed it.

Q.    How did you discover that these transactions were missing?

A.    Say that again, the first part. Did you say how did?

Q.    Yeah, how did you discover these transactions were missing?

A.    So when I signed the next certification, my attorneys let me know that we updated the transactions.

Q.    Okay.  And -- and, again, I think

Ms. Solish was probably about to say the exact same thing.  I don't want to hear about any communications between you and your counsel at Glancy.  So I just don't want to step -- step in that at all.

Did you review -- in preparing your certification reflected at Exhibit 4, did you review the transactions listed to ensure that they were true and accurate?

A.    So I normally leave that to my attorneys to review and update those.

Q.    So you don't personally review, go back and check against your brokerage statements, or anything like that?

A.    If required, yes, I will.  But in this case, I don't recall every transaction.

Q.    Do you think it's required to ensure statements you are certifying to the Court are true and accurate?

A.    Yes, it should be accurate.

Q.    Okay.  But in this case you did not go back and ensure that those transactions listed in Exhibit 3 were totally correct?

A.    So line by line, probably each --

because as you can see, there are, like, hundreds of transactions, so it -- I don't recall doing every transaction.

Q.    Did you not have time to do that?

A.    Probably not at that time.

Q.    Mr. Gorlamari, do you have an investment advisor?

A.    No.

Q.    Do you have a portfolio manager?

A.    No.

Q.    Do you do -- strike that.

Do you personally conduct all of your purchases and sales of public stock?

A.    Yes.

Q.    You effect all of those transactions?

A.    I personally do all those transactions, yes.

Q.    Okay.  And if you could estimate for me, how many public companies do you own common shares in?

A.    I don't recall how many.  I don't keep track, to be honest.

Q.    Okay.  Would you say you make trades every day?

personal.

Q.    Okay.  So what types of information do you consider when purchasing or selling a stock?

A.    Not specifically anything, but I particularly do pharmaceuticals mostly because I am from the pharmaceutical field.

Q.    Uh-huh.

Do you follow any particular news outlets?

A.    No.

Q.    Do you look at any particular publications in deciding whether to buy or trade any stock?

A.    Not publications or anything like that.  Generally, some news comes up in the brokerage account of something that's out, but I never do that much research.  I don't have that much time, really.

Q.    Okay.  You mentioned brokerage accounts.

Do -- do your brokerage accounts provide you with updates on the market?

A.    I don't recall updates in the sense like what you mean.  I mean, let me

Case 2:22-cv-02226-KNS    Document 71-11   Filed 07/31/25    Page 12 of 26
CONFIDENTIAL
Deposition of Kranthi Gorlamari    Kranthi Gorlamari v. Verrica Pharmaceuticals Inc., et al.

ask a question.

What do you mean, like, updates?

Q.  Sure.  Yeah.  Let me be more specific.

Do your brokerage accounts provide you with information about the shares you hold in that particular account?

A.  I don't recall.  Even if it did provide, I don't recall.  Maybe they're doing, but I don't see -- I don't recall seeing anything specifically.

Q.  Okay.  And so what information are you using in determining whether to buy or trade a -- buy or sell a stock?

A.  Like I said, mostly in the pharmaceutical companies since there is a lot of opportunities in pharmaceutical companies and that's the field I'm working on, I'm in it, so that's -- that's the main reason I mostly buy pharmaceutical stocks.

There is no specific pieces.

Q.  Right.  And I'm asking sort of a different question, which is how do you make the decision to purchase the stock of a particular company, be it a pharmaceutical

company or any other?

A.    Pharmaceutical company I can say because I'm in this field are mostly, like, clinical stage companies.  They have good opportunities more, so that's why I buy early stage, sometimes late stage clinical companies, yeah.

Q.    So is it fair to say that your investment decisions regarding pharmaceutical companies, at least, is more dictated by the stage at which that company's drug products are at rather than any other factor?

A.    So my -- it's a growth major thing.  That's the most main thing that I consider.  Stage, probably, but not specifically looking at, oh, this is at this stage, something like that.  But --

Q.    And how did --

A.    -- in that case maybe.

Q.    I apologize for cutting you off.

How did -- how do you determine whether a pharmaceutical company is a growth opportunity?

A.    If the product gets approved,

CONFIDENTIAL

Deposition of Kranthi Gorlamari                    Kranthi Gorlamari v. Verrica Pharmaceuticals Inc., et al.

usually the pharmaceutical companies have the opportunity to gain revenue.

Q.    But I think you testified earlier that you often -- often invest in pharmaceutical companies that are at the clinical stage.

Did I understand your testimony correctly?

A.    Yes, I said probably clinical to -- it could be at different stages, but I don't know.  But mostly the pharmaceutical, like I said, they have more growth opportunities.

Q.    Okay.  There -- what I'm trying to get at, sir, is what your decision-making process is for purchasing or selling a stock.

Maybe we should focus on purchasing for now.  Okay?

Do you purchase pharmaceutical stocks because they are pharmaceutical stocks or because you have a -- you know, information about a particular company?

A.    Yeah, sometimes, like, when you are expecting an approval for the company,

mostly the approval dates.

Q.    And what sort of information do you look at to make those determinations?

Do you look at information provided by those companies?

A.    I don't recall anything like that provided by the companies or anything.  It's just next approvals, like, that's what I look into.

Q.    Okay.  Do you look at press releases?

A.    Sometimes, maybe, yes, but not 100 percent of the time.

Q.    How about earnings calls?

A.    Probably not.

Q.    How about company website, for example?

A.    Yes, sometimes.

Q.    Do you look at a stock -- the company's -- excuse me -- stock price history?

A.    History in the sense?  Can you elaborate a little more on that?

Q.    Sure.

The history of the company's stock

Deposition of Kranthi Gorlamari                           Kranthi Gorlamari v. Verrica Pharmaceuticals Inc., et al.

philosophy or strategy beyond the growth --

A.    You --

Q.    -- investment --

A.    I quite didn't get your question.
I believe the last part I got the company.

Q.    No problem, it was -- it was a bad
question anyways.  Let me rephrase it.

Do you have a particular
investment strategy beyond the -- the growth
investment process we talked about earlier?

A.    No, nothing -- no strategy or
anything like that.  But like I said, mostly
the pharmaceuticals I usually look into,
specifically, but no specific strategies,
no.

Q.    Is it -- it's fair to say you're
trying to make money, correct?

A.    Yes.

Q.    And are you looking to make
short-term gains or do you prefer to hold
shares for longer periods of time?

A.    Nothing specifically short or long
time.  It doesn't matter for me as long as
the price appreciates.

Q.    Have you ever bought and sold

companies that has approval pendings and all, so that's how I do.

But I don't have a specific strategy like what you -- I don't know what you're looking for, like...

Q.    Yeah, so to the best of your recollection, the only reason you can recall for investing in Verrica is because they had a pending NDA.

Is that right?

A.    Yes, fair enough.  Yeah.

Q.    And are there any other reasons why you invested in Verrica Pharmaceuticals?

A.    No, I don't recall any of the reasons.

Q.    Okay.  So you don't recall seeing any press releases?

A.    What do you mean?

Like, when and, what, like, press releases are you talking about?  I'm sorry.

Q.    I'm asking whether --

A.    If you could --

Q.    I'm asking whether you saw any Verrica press releases that influenced your decision to purchase or sell Verrica shares.

A.    I don't remember that part, to be honest, if -- what, like, four or five years after that.  But I may or may not have seen some news through the brokerage accounts, possible.  I wouldn't speculate that, but I don't recall, no.

Q.    How about anything on social media?

Anything on social media that you saw that would have influenced your decision to buy or sell Verrica shares?

A.    No, not that I remember.

Q.    Do you use social media, Mr. Gorlamari?

A.    Social media is elaborate.  Like, which one -- which one are you talking about?

Q.    Sure.  That's a -- that's a very fair point.

How about -- obviously, you use LinkedIn.  We talked about that quite a bit before.

A.    Yes.

Q.    How about Facebook?

A.    I don't use Facebook.

Q.    (BY MR. SISKO)  Okay.  I wanted to ask you about some of the allegations in your complaint.

Did you -- Mr. Gorlamari, did you attend the RBC Capital Markets Global Healthcare Conference on May 19th, 2021?

A.    No, sir.

Q.    Did you review a transcript of that conference?

A.    No, I don't remember seeing that. No.

Q.    Have you reviewed a transcript of that conference before filing the complaint?

A.    No, I personal haven't reviewed.

Q.    Are you aware that Mr. White, Verrica's former CEO, spoke at that conference?

A.    Maybe, but I'm not aware of it. Maybe.

Q.    So you don't -- you don't know what he said, if anything?

A.    Personally not.  I don't know.

Q.    Okay.  So because you don't know, that didn't impact your decision to invest or not invest in Verrica's shares?

MS. SOLISH:  Objection.  Calls for speculation.

THE WITNESS:  Yeah, I haven't seen that, so I wouldn't know whether it is going to influence.

Q.    (BY MR. SISKO)  How about Verrica's May 28th, 2021, press release?

Have you seen that before?

A.    Say that again.  Which -- which date?  Which year?

Q.    Sure.

May 28th, 2021, Verrica issued a press release on that day.

Were you aware of that?

A.    I don't recall the particular -- I mean, at this point, yeah, I don't remember that.

Q.    So you don't remember what the subject of that press release was, correct?

A.    I don't remember, no.  Yeah, that's correct.

Q.    Do you recall whether you read it at any point before the complaint was filed?

A.    I don't remember -- again, I don't remember that, to be honest, yeah.

Case 2:22-cv-02226-KNS   Document 71-11   Filed 07/31/25   Page 21 of 26
CONFIDENTIAL
Deposition of Kranthi Gorlamari                          Kranthi Gorlamari v. Verrica Pharmaceuticals Inc., et al.

Q.    Okay.  So same question.

If you did not review that press release, it didn't impact your decision to invest in Verrica shares, correct?

MS. SOLISH:  Objection.  Calls for speculation.

THE WITNESS:  Yeah, so I -- I don't remember.  That's the main thing. And, again, if I don't remember, I don't know what is in there, so that's another thing.

Q.    (BY MR. SISKO)  Mr. Gorlamari, did you attend the Jefferies 2021 Virtual Healthcare Conference on June 2nd, 2021?

A.    No.

Q.    Did you review a transcript of that conference?

A.    No, sir.

Q.    Were you aware that Mr. White also spoke at that conference?

A.    Personally, I was not aware.

Q.    Okay.  So, again, you haven't reviewed a transcript of Mr. White's statements at that conference, correct?

A.    No, I haven't reviewed.

Case 2:22-cv-02226-KNS    Document 71-11    Filed 07/31/25    Page 22 of 26
CONFIDENTIAL
Deposition of Kranthi Gorlamari                    Kranthi Gorlamari v. Verrica Pharmaceuticals Inc., et al.

Q.    So that -- what Mr. White said or didn't say at that conference didn't impact your investment decision in Verrica, correct?

MS. SOLISH:  Objection.  Calls for speculation.

THE WITNESS:  Yeah, again, I didn't see -- I don't know what is in there or I didn't hear, so I wouldn't know anything.

Q.    (BY MR. SISKO)  Mr. Gorlamari, have you ever reviewed a securities filing made by Verrica?

A.    Again, no, I don't recall looking at any securities filings.

Q.    So would you -- so you wouldn't have reviewed Verrica's form 10-Ks, for example?

A.    Yeah, no, I don't typically do when I invest, but like I said, except the news if something pops up in my account.

Q.    Okay.  And same question about Verrica's 10-Qs.

You wouldn't have reviewed those either?

Deposition of Kranthi Gorlamari                         Kranthi Gorlamari v. Verrica Pharmaceuticals Inc., et al.

A.    Personally, I don't recall reviewing it.

Q.    So anything that was disclosed in that 10-Q would not have impacted your decision to invest in Verrica's securities, correct?

MS. SOLISH:  Objection.  Calls for speculation.

THE WITNESS:  And, again, I don't know what is in there and what -- it's against my speculation if I do that, yeah.

Q.    (BY MR. SISKO)  Sure.  A couple more questions on this same line, Mr. Gorlamari.

Did you attend the Cowen 42nd Annual Healthcare Conference on March 9th, 2022?

A.    No, I did not attend.

Q.    Have you reviewed a transcript of that conference?

A.    No.

Q.    Are you aware that Mr. White spoke at that conference?

A.    No, I'm not aware of it

Case 2:22-cv-02226-KNS   Document 71-11   CONFIDENTIAL   Filed 07/31/25   Page 24 of 26

Deposition of Kranthi Gorlamari                    Kranthi Gorlamari v. Verrica Pharmaceuticals Inc., et al.

personally.

Q.   And so you're not personally aware of -- of what he said at that conference?

A.   That's correct.  I was not aware at that time, yeah.

Q.   And so that -- what Mr. White said at that Cowen healthcare conference did not impact your investment decision in Verrica's shares?

MS. SOLISH:  Objection.  Calls for speculation.

THE WITNESS:  And, again, I have no clue what he spoke or nor have I read the transcript, so I don't know.

Q.   (BY MR. SISKO)  And how about the 21st Annual Needham Virtual Healthcare Conference on April 14th, 2022?

Did you attend that conference?

A.   No.

Q.   Did you review a transcript of that conference before filing your complaint?

A.   No.

Q.   Are you aware that Mr. White spoke at that conference as well?

A.    No, I'm not aware.

Q.    And so you're not aware of what he said or didn't say at that conference?

A.    That's correct.  I'm not aware.

Q.    So what -- so Mr. White's statements at that conference also did not impact your investment decision?

A.    You're breaking up.  I didn't hear what you said.  Sorry.

Q.    Yeah.  I'll -- I'll repeat.

So Mr. White's statements at the Needham healthcare conference in 2022 did not impact your investment decision in Verrica's stock?

MS. SOLISH:  Objection. Speculation.

THE WITNESS:  Yeah, I have no idea what he spoke, so I don't know what -- it didn't have an opinion, so I don't know, sir.

Q.    (BY MR. SISKO)  Mr. Gorlamari, what have you been doing to keep yourself informed on the status of this litigation?

MS. SOLISH:  I'll just caution the witness to not reveal anything

C E R T I F I C A T E

I HEREBY CERTIFY that the proceedings, evidence, and objections are contained fully and accurately in the stenographic notes taken by me upon the deposition of KRANTHI GORLAMARI, taken on June 27, 2025, and that this is a true and correct transcript of same.

_Allison Hall_

_____

Allison M. Hall, RDR, CRR, CSR