## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRANTHI GORLAMARI, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 2:22-cv-02226-MSG |
| Plaintiff, | |
| v. | |
| VERRICA PHARMACEUTICALS, INC., and TED WHITE, | |
| Defendants. | |

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION
FOR CLASS CERTIFICATION AND APPOINTMENT OF
CLASS REPRESENTATIVE AND CLASS COUNSEL**

Having considered Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel (the "Motion"), Defendants' opposition, and Plaintiffs' reply, and there being good cause shown, the Court **ORDERS** as follows:

1.     The Motion is **DENIED**; and

2.     The action is not certified to proceed as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. MITCHELL S. GOLDBERG
UNITED STATES DISTRICT JUDGE