## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KRANTHI GORLAMARI,                          :
      *Plaintiff,*                          :
                                         :
      v.                                 :  **CIVIL NO. 22-2226**
                                         :
VERRICA PHARMACEUTICALS, INC. et            :
al.,                                        :
      *Defendants.*                        :

### ORDER

**AND NOW**, this **4th** day of **March 2026**, upon consideration of Plaintiff's Motion for Class Certification (ECF No. 69) and for reasons explained in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. The Motion (ECF No. 69) is **GRANTED**.

2. The Action is hereby certified to proceed as a class action pursuant to Rule 23(a) and Rule 23(b)(3) of the Federal Rules of Civil Procedure for the following Class:

   > All persons and entities that purchased the publicly-traded common stock of Verrica between May 19, 2021 and May 24, 2022, both dates inclusive (the "Class Period").

   > Excluded from the Class are: (a)(i) Defendants; (ii) any person who served as an officer and/or director of Verrica during the Class Period, and members of their immediate families; (iii) any entity in which any excluded person or entity has or had a controlling interest; (iv) any trust of which a defendant is the settlor or which is for the benefit of a defendant and/or member(s) of their immediate families; and (v) the legal representatives, heirs, successors, predecessors, and assigns of any person or entity excluded under provisions (i) through (iv) hereof.

3. Kranthi Gorlamari is hereby appointed Class Representative.

4. Glancy Prongay & Murray LLP is hereby appointed as Class Counsel.

BY THE COURT:

**HON. KAI N. SCOTT**
**United States District Court Judge**