**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

KRANTHI GORLAMARI, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

VERRICA PHARMACEUTICALS, INC., TED WHITE, and P. TERENCE KOHLER JR.,

Defendants.

No. 22-cv-02226-KNS

**ORDER**

Upon consideration of the Parties' Joint Status Report Regarding Proposed Class Action Settlement, it is hereby:

ORDERED that on or before November 10, 2026, Lead Plaintiff shall file the Motion for Preliminary Approval, or if he cannot meet this deadline, the Parties will jointly provide the Court with an update at that time.

Dated: 10/19/26

Kai N. Scott
HON. KAI N. SCOTT
UNITED STATES DISTRICT JUDGE